*In re* JOSÉ R. GONZÁLEZ ALBARRÁN, querellado.

*Número:* AB-95-82          *Resuelto:* 1ro de diciembre de 1995

*Carlos Lugo Fiol, Procurador General,* y *Ricardo E. Alegría Pons, Procurador General Auxiliar,* parte querellante.

PER CURIAM: El pasado 22 de septiembre de 1995 emitimos la resolución siguiente:

> Bajo apercibimiento de ser suspendido de la abogacía temporalmente, se ordena al Lcdo. José R. González Albarrán que dentro del término de veinte (20) días comparezca ante el Procurador General a exponer su posición en torno a la queja del Sr. Tomás Torres Maldonado.
> Notifíquese por el Alguacil personalmente al Lcdo. González Albarrán de esta Resolución.
> Lo acordó el Tribunal y certifica el señor Secretario General. Resolución de 22 de septiembre de 1995.

Surge del expediente que el licenciado González Albarrán fue notificado por conducto de su secretaria, Sra. Carmen Montecino. Mediante una moción de 1ro de noviembre de 1995, el Procurador General nos informó que el querellado no ha comparecido a exponer su posición en torno a la queja del señor Torres Maldonado.

A la luz de lo antes expuesto, conforme nuestro apercibimiento, se le suspende temporalmente del ejercicio de la abogacía hasta tanto este Foro, mediante dictamen al efecto, lo reinstale.

Se ordena al Alguacil General de este Tribunal que proceda a incautarse de su obra notarial para ser entregada a la Oficina de Inspección de Notaría.

*Se dictará la sentencia correspondiente.*

El Juez Presidente Señor Andréu García y el Juez Asociado Señor Hernández Denton no intervinieron.